UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO:

MARIA ELENA PEREZ

      Plaintiff,

v.

MIAMI DADE POLICE DEPARTMENT,

      Defendant.

_____

## COMPLAINT

Plaintiff MARIA ELENA PEREZ, by and through undersigned counsel, files her Complaint against Defendant MIAMI DADE POLICE DEPARTMENT and states as follows:

## GENERAL ALLEGATIONS

1. This is an action for declaratory relief stemming from enforcement of a writ of possession during the COVID-19 pandemic against an Order issued by the Centers for Disease Control.

2. Jurisdiction is proper under 28 U.S.C. §2201.

3. The claim involves interpretation of a federal agency's order.

4. Plaintiff is a resident of Dade County.

5. Defendant operates and has its principal place of business in Dade County.

6. Venue is proper because Plaintiff's rights are about to be violated in Dade County.

## BACKGROUND

7. Maria Elena Perez (Plaintiff), was sued by her mother, also named Maria Elena Perez, in state court for ejectment.

8. A final judgment issued, which was affirmed on appeal.

9. The mother, thereafter, made an emergency application to the state court for issuance of a writ of possession.

10. Plaintiff responded that the CDC's Order, a moratorium on evictions and foreclosures to reduce the spread of the deadly disease, prevented the execution of the writ.

11. The state court determined that because the underlying case was for "ejectment" rather than "eviction" the CDC Order was inapplicable, and authorized MDPD to execute on the writ.

12. MDPD has indicated that it intends to execute on the writ tomorrow, **December 17, 2020**.

## COUNT I – 28 U.S.C. §2201 (Declaratory relief)

Plaintiff adopts the allegations contained in paragraphs 1 through 12 above and further states:

13. Plaintiff has a possessory interest in the home where she lives.

14. The CDC Order provides:

> Under this Order, a landlord, owner of a residential property, or other person with a legal right to pursue eviction **or possessory action**, shall not evict any covered person from any residential property in any jurisdiction to which this Order applies during the effective period of the Order.

15. The CDC Order goes on to provide:

> Unless the CDC order is extended, changed, or ended, the order prevents these persons from being evicted **or removed** from where they are living through December 31, 2020.

16. The clear import of the CDC Order is that it applies to **all possessory** actions and not just to "evictions" under Florida law.

17. That other jurisdictions interchangeably utilize the terms ejectment and eviction.

18. An actual, live controversy exists as to the implementation of the CDC Order.

**WHEREFORE**, Plaintiff prays for Judgment as follows:

A. That this Court enter injunctive relief prohibiting Defendant MDPD from executing on a writ of possession until December 31, 2020 or until such time as authorized by the CDC.

B. That the Court declare that the CDC Order applies to ejectment actions.

C. Any and all other supplementary relief deemed necessary and appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues so triable as a matter of right.

Respectfully submitted,

Dated: December 16, 2020             */s/. Stephen T. Millan, Esq*
                                      Stephen T. Millan, Esq.
                                      MILLAN LAW GROUP, P.A.
                                      Museum Tower
                                      150 West Flagler Street,
                                      Suite 1675
                                      Miami, FL 33130
                                      Tel. (305)363-2745
                                      FL Bar #: 883719
                                      E-mail: millanstm@gmail.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on December 16, 2020, the foregoing document is being served on this day on all counsel of record identified on the Service List in the manner specified, either via email or in some other authorized manner.

***/s/ Stephen T. Millan***
